1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

JESSE ANTONIO SOTO,

Defendant.

No. 2:22-CR-00036-RMP-1

ORDER GRANTING
DEFENDANT'S EXPEDITED
MOTION TO MODIFY
CONDITIONS OF RELEASE

**MOTION GRANTED**
**(ECF No. 31)**

On June 9, 2022, the Court held a hearing on Defendant's Expedited Motion to Modify Conditions of Release, **ECF No. 31**.  Defendant appeared out of custody represented by Assistant Federal Defender Lorinda Youngcourt.  Assistant U.S. Attorney Patrick Cashman represented the United States.  U.S. Probation Officer Patrick J. Dennis was also present.

Defense counsel discussed Defendant's expected completion of inpatient substance abuse treatment and proposed release plan following the completion of treatment.  The United States did not oppose Defendant's release on conditions as previously imposed at ECF No. 25 with the modifications suggested by the Court.

The Court finding good cause, **IT IS ORDERED** Defendant's Expedited Motion to Modify Conditions of Release, **ECF No. 31,** is **GRANTED**.

The Defendant shall remain released on all conditions as previously imposed at ECF No. 25 with the following modifications:

ORDER - 1

- **Condition No. 2** – Defendant shall reside with his mother at the address currently approved by United States Probation and shall not change residences without prior approval from Pretrial Services.

- **Condition No. 11** – Defendant shall complete his current term of inpatient substance abuse treatment and upon successful completion and discharge, Defendant shall successfully complete and participate in outpatient treatment and follow all treatment recommendations of the treatment provider and United States Probation.

- **Condition No. 16** – Stricken.

**IT IS SO ORDERED.**

DATED June 10, 2022.



JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2