Lorinda Meier Youngcourt
Trial Attorney, IN 14411-49, WA 50998
Federal Defenders of Eastern WA & ID
10 North Post, Suite 700 | Spokane, WA 99201
(509) 624-7606 | Lorinda_Youngcourt@fd.org
Counsel for Jesse Antonio Soto

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Roseanna Malouf Peterson

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESSE ANTONIO SOTO, <br><br> Defendant. | Case No. 2:22-CR-36-RMP-1 <br><br> UNOPPOSED[1] MOTION FOR CONTINUANCE OF TRIAL AND ACCOMPANYING DEADLINES <br><br> WITHOUT ARGUMENT <br> November 23, 2022 |

JESSE ANTONIO SOTO moves the Court for a continuance of the December 12, 2022, jury trial and all accompanying deadlines. He requests the Court

---

[1] Assistant United States Attorney Patrick Cashman has no objection to the Court granting this motion.

MOTION TO CONTINUE TRIAL - 1

continue his jury trial to April 10, 2023, and reset the accompanying deadlines accordingly.

The Grand Jury indicted Mr. Soto for Possession with Intent to Distribute 50 grams of Methamphetamine[2] and Felon in Possession of a Firearm and Ammunition[3] on March 15, 2022. ECF No. 1. The government's motion for detention was granted on March 23, 2022, after Mr. Soto waived his right to a detention hearing. ECF No. 17. On April 21, 2022, Mr. Soto was released to inpatient treatment. ECF Nos. 23, 25. Mr. Soto successfully completed treatment. Mr. Soto currently resides with his mother, is employed full time, and abiding by all conditions of release.

Additional time is necessary to prepare for trial in this matter. Defense is in the final phase of preparing a motion to suppress evidence which will require oral argument and the presentation of evidence. Further, additional time is needed to review discovery and research and investigate all viable defenses.

Dated: November 16, 2022

                                           */s/ Lorinda Meier Youngcourt*
                                           Lorinda Meier Youngcourt

---

[2] 21 U.S.C. § 841(a)(1), (b)(a)(A)(viii).
[3] 18 U.S.C. § 922(G)(1), 924(A)(2).

MOTION TO CONTINUE TRIAL - 2

**Certificate of Service**

I certify that on November 16, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorney Patrick Cashman.

/s/ *Lorinda Meier Youngcourt*
Lorinda Meier Youngcourt